# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHN A. PARRISH & MARIA PARRISH TUNGOL

        v.

GILBERTO A. WILSON ANDSTROEHMANN'S LINE HAUL CO.-------------------------------------JOHN A. PARRISH & MARIA PARRISH TUNGOL

        v.

TAYSTEE BAKING CO., INDIVIDUALLY AS THE GENERALPARTNER OF, AND T/A STROEHMANN LINE HAUL, L.P., ET AL

PETITION OF: JOHN A. PARRISH AND MARIA PARRISH TUNGOL, H/W

: No. 412 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.